# UNITED STATES DISTRICT COURT
для
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Luis Enrique Tecuapacho-Texis,<br>a.k.a.: Luis Enrique Tecuapacho,<br>a.k.a.: Luis Tecuapacho-Texis,<br>(A205 587 644)<br>*Defendant* | )<br>)<br>) Case No. 17-448MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 21, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Luis Enrique Tecuapacho-Texis, an alien, was found in the United States of America at or near Scottsdale, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Hidalgo, Texas, on or about October 2, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Brooke T. Afshari

☒ Continued on the attached sheet.

*Complainant's signature*

Marcus Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 23, 2017

*Judge's signature*

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Marcus Leggett, being duly sworn, hereby depose and state as follow:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 21, 2017, the Scottsdale Police Department encountered Luis Enrique Tecuapacho-Texis after he was arrested by the Mesa Police on an open warrant, and turned over to the Scottsdale City Jail (SCJ). SCJ personnel suspected Tecuapacho-Texis to be illegally present in the United States and contacted the Phoenix ICE Law Enforcement Agency Response Unit for assistance. ICE Officer F. Schumann telephonically interviewed Tecuapacho-Texis and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the SCJ. On October 21, 2017, Tecuapacho-Texis was released from the SCJ and transported to the Phoenix ICE office for further investigation and processing. Tecuapacho-Texis was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Luis Enrique Tecuapacho-Texis to be a citizen

of Mexico and a previously deported criminal alien. Tecuapacho-Texis was removed from the United States to Mexico through Hidalgo, Texas, on or about October 2, 2016, pursuant to an order of removal issued by an immigration official. There is no record of Tecuapacho-Texis in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Tecuapacho-Texis' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Luis Enrique Tecuapacho-Texis was convicted of Aggravated Actual Physical Control While Under the Influence of Intoxication Liquor or Drugs, a felony offense, on February 11, 2013, in the Superior Court of Arizona, Maricopa County. Tecuapacho-Texis was sentenced to four (4) months' incarceration and three (3) years' probation. Tecuapacho-Texis' criminal history was matched to him by electronic fingerprint comparison.

5. On October 21, 2017, Luis Enrique Tecuapacho-Texis was advised of his constitutional rights. Tecuapacho-Texis freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 21, 2017, Luis Enrique Tecuapacho-Texis, an alien, was found in the United States of America at or near Scottsdale, in the District of Arizona, after having

been previously denied admission, excluded, deported, and removed from the United States at or near Hidalgo, Texas, on October 2, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Marcus Leggett,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 23rd day of October, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge